COMMERCIAL CREDIT CORPORATION, Appellant, v. MATHEW M. FRIEDEMANN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROYAL INDEMNITY COMPANY, Appellant, v. ABRAHAM HELLER and Others, Respondents.— Judgment affirmed, with costs, on the ground that the uncontroverted facts show the plaintiff to be guilty of laches. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANCIS B. SALISBURY, Respondent, v. "SAMUEL" H. CALAMARAS, the First Name "Samuel" Being Fictitious, etc., the Party Intended Doing Business as PARK FLORIST at 115 East Thirty-fourth Street, etc., City, County and State of New York, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEWS SYNDICATE COMPANY, INC., Respondent, v. GATTI PAPER STOCK CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CORA STETSON BUTLER, Respondent, v. VANDERBILT HOTEL CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HYMAN SPECTOR, an Infant, etc., by His Guardian ad Litem, MAX SPECTOR, and MAX SPECTOR, Respondents, v. SAMUEL S. SONDERS, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Finch, J., dissent and vote for affirmance.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PERCY WEINER, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., dissents.

GIOVANNA LARTO, as Administratrix, etc., of the Estate of MARIO LARTO, Deceased, Respondent, v. HARLEM AND MORRISANIA TRANSPORTATION LINE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN T. GEDNEY and Others, Appellants, v. MARLTON REALTY COMPANY, Respondent. (Action No. 1.) — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

JOHN T. GEDNEY and Others, Appellants, v. MARLTON REALTY COMPANY, Respondent. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of SCOTT WEBSTER CORPORATION, Appellant, for a Certiorari Order against WILLIAM E. WALSH, as Chairman, and HENRY L. CONNELL and Others, as Commissioners Constituting the Board of Standards and Appeals of the City of New York, Respondents, and NICHOLAS SCISCENTE and CATERINA SCISCENTE, Intervening Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.